IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANDRE C. CORMIER, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-CV-30 (LAG) |
| | * |
| | * |
| HARDY REALTY, INC., | |
| | * |
| Defendant, | |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of April, 2022.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk